# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:                                            **CASE NO.: 19-23479-BKC-LMI**

**Manuel Enrique Morales**                    **CHAPTER 13**

_____ **DEBTOR(S) /**

## MOTION TO ALLOW TRANSFER OF HOMESTEAD PROPERTY

**COME NOW**, the Debtor(s), Manuel Enrique Morales, by and through their undersigned counsel and file this Motion to Allow Transfer of Homestead Property and as grounds therefore states:

1. Debtor filed a voluntary petition for bankruptcy under Chapter 13 on October 7, 2019.

2. At the time of filing Debtors listed a homestead located at 3320 NE 13 Circle Drive, unit 109 Homestead, FL 33033 which was being paid, occupied, and maintained by the debtor.

3. Listed on the property title is the debtor, Manuel Enrique Morales, as a life estate and Sherezade Vacas, Michelle A M Salazar, Nicole A M Salazar, Javier Vacas, Domingo Morales, Michelle A M Salazar, and Nicole A M Salazar all as remainder interest. Attached please find a summary report from the Miami-Dade Property Appraiser under Exhibit "A"

4. That the debtor will be transferring his interest in the residence to the family trust. That the trust will be for the sole beneficiaries of the debtor's two daughters. Attached please find a copy of the quitclaim deed under Exhibit "B"

5. That the debtor currently has a motion to modify the plan to payoff 100% of allowed general unsecured creditors.

6. The family trust is requesting a cord order authoring the quit claim deed, as the debtor will be surrendering all interest in the trust for the purpose of the Family Trust to assume the mortgage.

**WHEREFORE,** the Debtor(s), Manuel Enrique Morales, respectfully requests this Court enter an Order Granting Debtors' Motion to Allow Transfer of Homestead Property.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1

Respectfully Submitted:

**Law Offices of Patrick L Cordero, P.A.**
Attorney for Debtors
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855
_____/s/__(FILED CM/ECF)_
PATRICK L. CORDERO, ESQ.
FL Bar No. 801992





# OFFICE OF THE PROPERTY APPRAISER

## Summary Report

Generated On: 10/23/2023

### PROPERTY INFORMATION

| | |
|---|---|
| **Folio** | 10-7910-028-0590 |
| **Property Address** | 3320 NE 13 CIRCLE DR   UNIT: 109-23 HOMESTEAD, FL 33033-6144 |
| **Owner** | MANUEL MORALES LE , REM SHEREZADE VACAS (GDN) , REM FBO MICHELLE A M SALAZAR , REM NICOLE A M SALAZAR , REM JAVIER VACAS , REM DOMINGO MORALES (GDN) , REM FBO MICHELLE A M SALAZAR , REM FBO NICOLE A M SALAZAR |
| **Mailing Address** | 3320 NE 13 CIR DR UNIT 109 HOMESTEAD, FL 33033 |
| **Primary Zone** | 9300 PLANNED UNIT DEVELOPMENT |
| **Primary Land Use** | 0407 RESIDENTIAL - TOTAL VALUE : CONDOMINIUM - RESIDENTIAL |
| **Beds / Baths /Half** | 3 / 3 / 0 |
| **Floors** | 2 |
| **Living Units** | 1 |
| **Actual Area** | |
| **Living Area** | 1,234 Sq.Ft |
| **Adjusted Area** | 1,234 Sq.Ft |
| **Lot Size** | 0 Sq.Ft |
| **Year Built** | 2005 |

2023 Aerial Photography

1000 ft

### ASSESSMENT INFORMATION

| Year | 2023 | 2022 | 2021 |
|---|---|---|---|
| Land Value | $0 | $0 | $0 |
| Building Value | $0 | $0 | $0 |
| Extra Feature Value | $0 | $0 | $0 |
| Market Value | $230,212 | $179,853 | $133,750 |
| Assessed Value | $93,143 | $90,431 | $87,798 |

### TAXABLE VALUE INFORMATION

| Year | 2023 | 2022 | 2021 |
|---|---|---|---|
| **COUNTY** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $43,143 | $40,431 | $37,798 |
| **SCHOOL BOARD** | | | |
| Exemption Value | $25,000 | $25,000 | $25,000 |
| Taxable Value | $68,143 | $65,431 | $62,798 |
| **CITY** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $43,143 | $40,431 | $37,798 |
| **REGIONAL** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $43,143 | $40,431 | $37,798 |

### BENEFITS INFORMATION

| Benefit | Type | 2023 | 2022 | 2021 |
|---|---|---|---|---|
| Save Our Homes Cap | Assessment Reduction | $137,069 | $89,422 | $45,952 |
| Homestead | Exemption | $25,000 | $25,000 | $25,000 |
| Second Homestead | Exemption | $25,000 | $25,000 | $25,000 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

### SALES INFORMATION

| Previous Sale | Price | OR Book-Page | Qualification Description |
|---|---|---|---|
| 11/04/2019 | $100 | 31685-3862 | Corrective, tax or QCD; min consideration |
| 04/25/2013 | $95,000 | 28604-1404 | Qual by exam of deed |
| 06/16/2010 | $35,100 | 27337-0705 | Financial inst or "In Lieu of Forclosure" stated |
| 12/01/2005 | $212,000 | 24158-0657 | Sales which are qualified |

### SHORT LEGAL DESCRIPTION

VILLAS AT CARMEL CONDO NO 2

UNIT 109 BLDG 23

UNDIV 1/101

INT IN COMMON ELEMENTS

OFF REC 23805-1752

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp



Prepared by and return to:
**Gary S Glasser, Esq.**
**Gary S. Glasser, P.A.**
**201 Courthouse Plaza,**
**28 West Flagler Street**
**Miami, FL 33130**
**305-377-4187**
File Number: Salazar,L
**Parcel Identification Number: 10-7910-028-0590**

_____[Space Above This Line For Recording Data]_____

# Quit Claim Deed

This **Quit Claim Deed** made this _____ day of **October**, 2023 between **Manuel Morales, a married man, F/B/O minors Michelle Angelina Morales Salazar and Nicole Angelina Morales Salazar, joined by his spouse, Maria Alejandra Serrano Palmieri, 3320 NE 13 Circle Drive, Unit 109, Homestead, FL 33033; and Sherezade Vacas and Javier Vacas, Husband and Wife, F/B/O minors Michelle Angelina Morales Salazar and Nicole Angelina Morales Salazar, 16565 NE 26 Avenue, Apt. 2H, North Miami Beach, FL; and Domingo Morales and Naomi Novak-Morales, Husband and Wife, F/B/O minors Michelle Angelina Morales Salazar and Nicole Angelina Morales Salazar, 1413 Balmoral Road, Coatesville, PA 19320,** collectively grantor, and **Domingo Morales, as Trustee of the Living Trust of Carmen Liseth Salazar Guapuriche dtd 11/4/19, as restated and amended, 123 Milbury Road, Coatesville, PA 19320,** grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth,** that said grantor, for and in consideration of the sum TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, does hereby remise, release, and quitclaim to the said grantee, and grantee's heirs and assigns forever, all the right, title, interest, claim and demand which grantor has in and to the following described land, situate, lying and being in **Miami-Dade County, Florida** to-wit:

> **VILLAS AT CARMEL CONDO NO 2; UNIT 109 BLDG 23; UNDIV 1/101 INT IN COMMON ELEMENTS; OFF REC 23805-1752**
> **OR23737-4384 OR23936-2139 0805 1; COC 24158-0657 12 2005 1**

**To Have and to Hold,** the same together with all and singular the appurtenances thereto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of grantors, either in law or equity, for the use, benefit and profit of the said grantee forever.

## SIGNATURES ON FOLLOWING PAGES.

DoubleTime®

In Witness Whereof, the parties have hereunto set their hands and seals the day and year first above written.

Signed and Sealed in the Presence of
Witnesses as to each:

_____

Print Witness #1 Name here:

_____

*Barbara Brooks*

Print Witness #1 Name here: BARBARA BROOKS

**Manuel Morales**, F/B/O minors Michelle Angelina
Morales Salazar & Nicole Angelina Morales Salazar

**Maria Alejandra Serrano Palmieri**

STATE OF: FLORIDA
COUNTY OF: MIAMI-DADE
Sworn (or affirmed) and subscribed to before me by Manuel Morales and Maria Alejandra Serrano Palmieri, on this 10/12/23.
☑ Physical presence or ☐ online notarization
☐ Personally known
☑ Produced Id./Type: Dr. & cl Resident Card

_____
Notary Public, State of: FL
My Commission Expiration:

GARY S. GLASSER
Notary Public - State of Florida
Commission # GG 958866
My Comm. Expires Feb 29, 2024
Bonded through National Notary Assn.

In Witness Whereof, the parties have hereunto set their hands and seals the day and year first above written.

Signed and Sealed in the Presence of
Witnesses as to each:

_____

Print Witness #1 Name here:

_____

Print Witness #1 Name here:

**Sherezade Vacas**, F/B/O minors Michelle Angelina
Morales Salazar & Nicole Angelina Morales Salazar

**Javier Vacas**, F/B/O minors Michelle Angelina
Morales Salazar & Nicole Angelina Morales Salazar

STATE OF: FLORIDA
COUNTY OF: MIAMI-DADE
Sworn (or affirmed) and subscribed to before me by Sherezade Vacas and Javier Vacas, on this ___/___/___/23.
☐ Physical presence or ☐ online notarization
☐ Personally known
☐ Produced Id./Type:

_____
Notary Public, State of: FL
My Commission Expiration:

*Quit Claim Deed - Page 2*

DoubleTime®

In Witness Whereof, the parties have hereunto set their hands and seals the day and year first above written.

Signed and Sealed in the Presence of
  Witnesses as to each:

_____

**Domingo Morales**, F/B/O minors Michelle Angelina
Morales Salazar & Nicole Angelina Morales Salazar

_____

Print Witness #1 Name here:

_____

**Naomi Novak-Morales**, F/B/O minors Michelle
Angelina Morales Salazar & Nicole Angelina Morales
Salazar

Print Witness #1 Name here:

STATE OF: PENNSYLVANIA
COUNTY OF: CHESTER
Sworn (or affirmed) and subscribed to before me by Domingo Morales and Nicole Angelina Morales, on this __/____/__/23.
□ Physical presence or □ online notarization
□ Personally known
□ Produced Id./Type:

_____

Notary Public, State of:PA
My Commission Expiration:

*Quit Claim Deed* - Page 3

**DoubleTime®**

## DISCLAIMER OF INTEREST IN TRUST

The undersigned, Manuel Morales, hereby disclaims any interests he may have in the Living Trust of Carmen Lisbeth Salazar Guapuriche dated 11/4/19, effective immediately.

Dated:  October 1̲2̲, 2023.

_____
Manuel Morales

Z:\WP\Corp\Vacs, Sherezade, Resignation as Trustee